155 So. 637

## STATE ex rel. Wm. H. HOLCOMBE, Jr., v. Geo. E. STONE, Treasurer.

I Div. 833.

Supreme Court of Alabama.
June 21, 1933.

Geo. A. Sossaman and V. R. Jansen, both of Mobile, for the petition.

Gordon, Edington & Leigh, of Mobile, opposed.

PER CURIAM.

Petition of the State, on relation of Wm. H. Holcombe, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in State ex rel. Holcombe v. Stone, Treas., 155 So. 636.

Writ denied.

GARDNER, BOULDIN, FOSTER, and KNIGHT, JJ., concur.